ALEXANDER McGREGOR, ADMINISTRATOR, ETC., OF DAVID DAVID, DECEASED, (CHARLES BERCZY, ADMINISTRATOR DE BONIS NON) *versus* GABRIEL GODFROY, JR., CHARLES LARNED, JOHN J. DEMING, HARVEY GRISWOLD, JOHN D. GRAY, AND SAMUEL W. CALDWELL.

JOURNAL ENTRIES (1829–33): *Journal 4:* (1) Motion to overrule demurrer *p. 275; (2) demurrer

overruled *p. 298; (3) motion for reference to take testimony *p. 337; (4) rule to take testimony *p. 347; (5) motion for appointment of special master and commissioners to take testimony *p. 360; (6) case set for hearing *p. 376; (7) leave given to take further testimony—"Null" *p. 377; (8) entry ordered stricken *p. 377; (9) rule to take testimony extended, special master commissioners appointed *p. 378; (10) motion for reference to master *p. 427; (11) continued *p. 440; (12) motion to dismiss bill *p. 484; (13) motion by administrator de bonis non for leave to prosecute *p. 507; (14) leave to prosecute given *p. 509; (15) referred to master *p. 517; (16) decree *p. 533; (17) motion to set aside decree and for leave to except to master's report *p. 541.

PAPERS IN FILE: [None]

*Chancery Case . . . . of . . . .*